UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUNN,                           | No.  2:14-cv-0336 CKD P |
|                 Petitioner, | |
|     v.                             | ORDER |
| GARY SWARTHOUT,                      | |
|                 Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges the execution of his sentence.  As a general rule, "[t]he proper forum to challenge the execution of a sentence is the district where the prisoner is confined."  <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989).  Petitioner is incarcerated at San Quentin State Prison in Marin County.  Marin County lies within the jurisdiction of the United States District Court for the Northern District of California.  <u>See</u> 28 U.S.C. § 84(a).

/////
/////
/////
/////
/////

In accordance with the above, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

Dated: February 7, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dunn0336.108c