UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DUNN,

          Petitioner,

    v.

RON DAVIS, Acting Warden,

          Respondent.

Case No.  14-cv-00934-YGR  (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss; and Denying Certificate of Appealability,

    IT IS ORDERED AND ADJUDGED

    That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

    IT IS SO ORDERED.

Dated: January 14, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge

United States District Court
Northern District of California